**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
440 N. Barranca Ave., #1228
Covina, CA 91723
phone 310 928 1277

**Richard M. Schreiber**
(*Admitted pro hac vice*)
rschreiber@mybackwages.com
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352 1100
Fax: (713) 352 3300

**Attorneys for Plaintiff**

**Leonora M. Schloss** (CSB # 145142)
**Paige T. Bennett** (CSB # 288009)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 630-8226
Facsimile: (213) 689 0430
Leonora.Schloss@jacksonlewis.com
Paige.Bennett@jacksonlewis.com

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFAN BULGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC. and DOES #1 through #10, inclusive,<br><br>Defendants. | **CASE NO.:  8:22-cv-01756 CJC (DFMx)**<br><br>**Joint Stipulated Dismissal Without Prejudice** |

**Joint Stipulated Dismissal Without Prejudice**

IT IS HEREBY STIPULATED, by and through counsel for Plaintiffs and Defendant, that the captioned action is hereby voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  All of the foregoing parties shall bear their own costs.

Respectfully submitted, this the 19th day of May, 2023.

        Respectfully submitted,

By: */s/ Richard M. Schreiber*
    **Matthew S. Parmet**
    **Jane M. Braugh**
    **PARMET PC**

    **Richard M. Schreiber**
    **JOSEPSON DUNLAP LLP**

    **Attorneys for Plaintiff**

By: */s/ Leonora M. Schloss*
    **Leonora M. Schloss**
    **Paige T. Bennett**
    **JACKSON LEWIS P.C.**

    **Attorneys for Defendant**

### ATTESTATION RE SIGNATURES

The signatures of all listed signatories to this document and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**Joint Stipulated Dismissal Without Prejudice**